**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                            Case No. 14-20099-AJC
Jaime, Teresa S.

_____Debtor_____/

**FINAL REPORT OF LOSS MITIGATION MEDIATOR**

The undersigned court-appointed loss mitigation Mediator, reports to the Court as follows:

**A.**   The Final Loss Mitigation Mediation ("LMM") conference was conducted on  July 20, 2015   and the following parties were present:

   1. [X] The Debtor(s): Teresa A. Jaime
   2. [X] The Debtor's Attorney: Kenia Molina
   3. [X] The Lender's representative(s): _____
       and Lender's attorney: Tara Merino
   4. [ ] Other: _____

**B.**   The final LMM conference was scheduled for _____, but not conducted for the following reason:

   1. [ ] The parties settled prior to attending.
   2. [ ] The case was dismissed.
   3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
   4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
   5. [ ] Other: _____

**C.**   The result of the LMM conference is as follows:

   1. [X] The parties reached an agreement.
   2. [ ] The parties did not reach an agreement.

Dated: July 20, 2015

/s/ _____
Signature of Mediator
Printed Name: Marcia T. Dunn
Address: 555 N.E. 15th Street #934-A
             Miami, FL 33132
Telephone: 786-433-3866
Email: mdunn@dunnbankruptcy.com

Copies to:
[all parties to mediation]