P.O. BOX 1410
TROY, MI 48099-1410
RETURN SERVICE REQUESTED





**Shellpoint** Mon - Thurs: 8:00AM-6:00PM
Mortgage Servicing        Fri: 8:00AM-5:00PM
Phone Number: 866-825-2174
Fax: 866-467-1187
e-Mail: Lossmitigation@shellpointmtg.com

S-SFRECS20 L-1044-7 R-106
P4OCT400200010 - 673144548 I00053
TERESA JAIME
C/O ROBERT SANCHEZ
355 W 49 ST
HIALEAH FL 33012-3715

| Loan Number: | )429 |
| --- | --- |
| Principal Balance: | $128,168.52 |
| Property: | 12693 Nw 7 Lane Miami, FL 33182 |

07/16/2015

Dear Teresa Jaime:

**Congratulations!** You are approved to enter into a trial period plan under the Home Affordable Modification Program. This is the first step toward qualifying for more affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

**To Accept This Offer**
You must contact us at 866-825-2174 or in writing at the address provided below by no later than **7/30/2015** to indicate your intent to accept this offer. In addition, you must make your first Trial Period Plan payment by 09/01/2015.

**TIME IS OF THE ESSENCE.**
If you fail to make the first Trial Period Plan payment by 09/01/2015 and we do not receive the payment by the last day of the month in which it is due, this offer will be revoked and we may refer your mortgage to foreclosure, or if your loan has been referred to foreclosure, foreclosure proceedings may continue and a foreclosure sale may occur.

**Make Trial Period Plan Payments**
To successfully complete the Trial Period Plan, you must make the Trial Period Plan payments below.

First payment: $925.68 by 09/01/2015
Second payment: $925.68 by 10/01/2015
Third payment: $925.68 by 11/01/2015

Please send your trial period payments to:

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

If you have questions about your trial period or permanent modification requirements, please contact us at 866-825-2174.

Next Steps

- It is important that you thoroughly review the Additional Trial Period Plan Information and Legal Notices and Frequently Asked Questions information attached.

- This Trial Period Plan offer is contingent on your having provided accurate and complete information. We reserve the right to revoke this offer or terminate the plan following your acceptance if we learn of information that would make you ineligible for the Trial Period Plan.

- Once you have successfully made each of the payments above by their due dates, you have submitted two signed copies of your modification agreement, and we have signed the modification agreement, your mortgage will be permanently modified in accordance with the terms of your modification agreement.

- We must receive each payment, in the month in which it is due. If you miss a payment or do not fulfill any other terms of your Trial Period Plan, this offer will end and your mortgage loan will not be modified under the Making Home Affordable Program.

- If you have questions about this information, your Trial Period Plan payments, or HAMP modification requirements, please contact us at 866-825-2174.

- If you feel that you cannot afford the Trial Period Plan payments shown above but want to remain in your home, or if you have decided to leave your home, please contact us at 866-825-2174 to discuss alternatives to foreclosure.

- Please note that except for your monthly mortgage payment amount during the Trial Period Plan, the terms of your existing note and all mortgage requirements remain in effect and unchanged during the Trial Period Plan.

Sincerely,

Tara Merino
(888) 445-5814
Shellpoint Mortgage Servicing

Attachments: (1) Frequently Asked Questions and (2) Additional Trial Period Plan Information and Legal Notices

The Making Home Affordable Program was created to help millions of homeowners refinance or modify there mortgages. As part of this program,