UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Teresa Jaime                    Case No. 14-20099-AJC

    Debtor                         Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 30, 2014 the instant case was filed.

2. On November 3, 2014 debtor's Third Amended Chapter 13 plan was confirmed.

3. In debtor's confirmed plan, the debtor is participating in the MMM program and was granted a trial period payment offer with ShellPoint Mortgage Servicing (herein "ShellPoint").

4. Said trial period payments were being made through the approved second modified plan.

5. The Debtor was approved for a Final modification with ShellPoint.

6. Furthermore, ShellPoint filed a Notice of Mortage Payment Change indicating a change in the mortgage escrow payments.

7. Debtor wishes to modify her plan to provide for the Final modification payment as well as the changed mortgage payment to the secured creditor, ShellPoint Mortgage Servicing.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' Third Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ *Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161